**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2091**

———————

LINVAL A. BLAIR,

Plaintiff - Appellant,

versus

COLONNAS SHIPYARD, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. William T. Prince, Magistrate Judge. (CA-98-1360-2)

———————

Submitted: November 16, 1999      Decided: January 4, 2000

———————

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Linval A. Blair, Appellant Pro Se. Thomas Michael Lucas, Ruth Litvin, MCGUIRE, WOODS, BATTLE & BOOTHE, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Linval A. Blair appeals the district court's order granting summary judgment to his former employer and dismissing his employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Blair v. Colonnas Shipyard, Inc., No. CA-98-1360-2 (E.D. Va. July 7, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2